## Commonwealth *v.* McEneaney, Appellant.

Argued September 12, 1967. *Mervyn R. Turk,* Assistant Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian, Jr.,* Assistant District Attorney, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* Mayberry, Appellant.

Submitted September 11, 1967. *Richard O. J. Mayberry,* appellant, in propria persona; *Joel S. Moldovsky* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.